IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| JEVIC HOLDING CORP., et al., | ) Bk. No. 08-11006 (BLS) |
| | ) Adv. Pro. No. 08-51903 (BLS) |
| Debtors. | ) |
| | ) |
| CASIMIR CZYZEWSKI, et al., | ) |
| Appellants, | ) |
| v. | ) Civ. No. 13-105-SLR |
| JEVIC HOLDING CORP., et al., | ) |
| Appellees. | ) |

**ORDER**

At Wilmington this 5th day of February, 2013, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **March 8, 2013.**

2. Appellees' brief in opposition to the appeal is due on or before **April 8, 2013.**

3. Appellants' reply brief is due on or before **April 22, 2013.**

4. Briefing shall proceed consistently with D. Del. L.R. 7.1.3(a).

_____
United States District Judge